# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LEON CHARLES SLINKER,** | ) |
| Petitioner, | ) ) ) |
| vs. | ) ) CIV 21-221-JFH-KEW |
| **MARK BERRY, Sheriff,** | ) ) ) |
| Respondent. | ) ) |

## OPINION AND ORDER

Now before the Court is Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner, a pro se pretrial detainee, is incarcerated in the Delaware County Jail, which is located within the territorial jurisdiction of the **Northern District of Oklahoma**. Therefore, this matter should be addressed in that district. *See Haugh v. Booker*, 210 F.3d 1147, 1149 (10th Cir. 2000) (A § 2241 petition must be filed in the district where the petitioner is confined); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).

**THEREFORE,** pursuant to 28 U.S.C. § 1406(a), Petitioner's petition for a writ of habeas corpus is hereby **transferred to the Northern District of Oklahoma** in the interest of justice.

**IT IS SO ORDERED** this 28th day of July 2021.

_____
**JOHN F. HEIL, III**
**UNITED STATES DISTRICT JUDGE**